UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 MARK DESHAWN HILLERY,
D-2 DEMETRIOUS TERRELL PEGUES,
D-3 ANDRE LLOYD

    Defendants.

Case:2:20-cr-20603
Judge: Lawson, David M.
MJ: Stafford, Elizabeth A.
Filed: 12-16-2020 At 10:18 AM
INDI USA V. SEALED MATTER (DA)

VIOL: 21 U.S.C. § 846
       21 U.S.C. § 841(a)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

21 U.S.C. §§ 846; 841(a)(1); (b)(1)(A)(ii)
*Conspiracy to Possess with Intent to Distribute Controlled Substances*

D-1 MARK DESHAWN HILLERY,
D-2 DEMETRIOUS TERRELL PEGUES,
D-3 ANDRE LLOYD

From in or around October 2019, the exact date being unknown to the Grand Jury, through on or about February 2020, in the Eastern District of Michigan, and elsewhere, the defendants, MARK DESHAWN

HILLERY, DEMETRIOUS TERRELL PEGUES, and ANDRE LLOYD, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendants, MARK DESHAWN HILLERY, DEMETRIOUS TERRELL PEGUES, and ANDRE LLOYD, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance and one kilogram or more of heroin, a Schedule I substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT TWO

21 U.S.C. §§ 841(a)(1); (b)(1)(A)(ii)
*Possess with Intent to Distribute Controlled Substances*

D-1 MARK DESHAWN HILLERY

On or about November 27, 2019, in the Eastern District of Michigan and elsewhere, the defendant, MARK DESHAWN HILLERY, did knowingly and unlawfully possess with the intent to distribute a mixture and substance containing five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); (b)(1)(A)(ii).

## COUNT THREE

21 U.S.C. §§ 841(a)(1); (b)(1)(B)(ii)
*Possess with Intent to Distribute Controlled Substances*

D-2 DEMETRIOUS TERRELL PEGUES

On or about January 15, 2020, in the Eastern District of Michigan and elsewhere, the defendant, DEMETRIOUS TERRELL PEGUES, did knowingly and unlawfully possess with the intent to distribute a mixture and substance containing 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii); (b)(1)(B)(ii).

## PRIOR CONVICTION

In accord with Title 21, United States Code, §§ 841 and 851, the Grand Jury also finds the following:

1. That DEMETRIOUS TERRELL PEGUES has a prior serious drug felony as a result of his 2007 conviction for conspiracy to possession with intent to distribute and distribute controlled substances (case 06-cr-169-002, MD of AL), and;

    a. The defendant served a term of imprisonment of more than 12 months for that conviction;

b. The defendant was released from service of any term of imprisonment on or about November 27, 2019; and,

c. The instant offense occurred on or about January 15, 2020.

## COUNT FOUR

21 U.S.C. §§ 841(a)(1); (b)(1)(B)(i)
*Possess with Intent to Distribute Controlled Substances*

D-3 ANDRE LLOYD

On or about January 8, 2020, in the Eastern District of Michigan and elsewhere, the defendant, ANDRE LLOYD, did knowingly and unlawfully possess with the intent to distribute a mixture and substance containing one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); (b)(1)(B)(i).

## FORFEITURE ALLEGATION

21 U.S.C. § 853; 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Title 28 United States Code, Section 2461(c).

Upon conviction any of the offenses alleged in this Indictment, defendants shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the named violations.

If any of the property described in the paragraphs above as being forfeitable under Title 21, United States Code, Section 853, as a result of any act or omission of the defendant- -

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred to, sold to, or deposited with a third party;
  c. has been placed beyond the jurisdiction of this Court;
  d. has been substantially diminished in value; or

e.  has been commingled with other property that cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of defendant up to the value of the above described forfeitable property.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

JULIE A. BECK
Chief, Drug Task Force

*s/Margaret M. Smith*
MARGARET M. SMITH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Phone: 313.226.9135
Email:margaret.smith@usdoj.gov

Dated: December 16, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: _[signature]_ |

**Case Title:** USA v. Mark Hillery et. al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – based on prior complaints:  Case numbers:
20-MJ-30330 (Hillery)
20-MJ-30427 (Pegues)
20-MJ-30331 (Lloyd)

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

December 16, 2020
Date

_[signature]_
Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Margaret.Smith@usdoj.gov
(313) 226-9135
Bar #: P71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.